The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTOBAL ORTIZ,<br><br>    Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | NO.   C16-1932RSL<br>         CR15-043RSL<br><br>(PROPOSED) ORDER GRANTING MOTION TO UNSEAL SEALED MOTIONS AND HEARING TRANSCRIPT |

Having reviewed the Government's Motion to Unseal Sealed Motions and Hearing Transcript, any response, supplement, or reply thereto, and the records on file, and based upon the reasons set forth in that Motion, the Court GRANTS the Government's Motion.

IT IS HEREBY ORDERED that the entirety of the hearing conducted on March 10, 2016 (Dkt. #133, CR15-043RSL), and the transcript thereof, to include the *ex parte* portion of hearing, be UNSEALED

IT IS FURTHER ORDERED that a full transcript of said hearing be made available to counsel for the government.

ORDER GRANTING MOTION TO UNSEAL - 1
*Cristobal Ortiz*, C16-1932RSL

IT IS FURTHER ORDERED that the defendant-petitioner's sealed motions to proceed pro se and for a trial continuance (Dkt. #134 and 135) be unsealed and made available to counsel for the government.

DATED this 28th of March, 2017.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Steven Masada
STEVEN T. MASADA
Assistant United States Attorney

ORDER GRANTING MOTION TO UNSEAL - 2
*Cristobal Ortiz*, C16-1932RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970